UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNY G. BAILEY,

Plaintiff,

v. Case No. 8:12-cv-1907-JSM-TGW

UNITED STATES OF AMERICA,

Defendant.
__________________________________/

# **ANSWER**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and answers the individually numbered paragraphs of Plaintiff's Complaint as follows:

1.1 This is a statement of jurisdictional intent. To the degree that it is properly asserted under the provisions of the Federal Torts Claims Act, it is admitted.

1.2 The United States of America does not possess the requisite knowledge to ascertain whether the Plaintiff is a resident of the United States and, more particularly, the State of Florida.

1.3 Admitted.

1.4 Admitted.

1.5 Admitted as to part (a). The United States of America does not possess the requisite knowledge to ascertain whether the Plaintiff is a resident of the subject District.

2.1 Denied.

3.1 Admitted.

4.1 Admitted.

5.1 Denied.

5.2 Admitted.

5.3 The United States of America admits that Plaintiff presented to the Emergency Department of the James A. Haley VA Hospital. The remaining allegations are denied.

5.4 Denied.

5.5 Denied.

5.6 Admitted.

5.7 Admitted.

5.8 Denied.

6.1 Denied.

6.2 Denied.

7.1(a-i) Denied.

**AFFIRMATIVE DEFENSES**

1. The Court lacks subject matter jurisdiction.

2. The Complaint fails to state a claim upon which relief can be granted.

3. Any injuries or damages sustained by Plaintiff were due entirely to Plaintiff's own negligent acts or omissions, or those of others, known or unknown, over whom the federal government had no control.

4. Plaintiff's damages are limited to the amount of damages set forth in his administrative tort claim. 28 U.S.C. § 2675(b).

5. Any recovery by Plaintiff is subject to the availability of appropriated funds. 42 U.S.C. § 233(k).

6. The injuries or damages, or both, alleged in the Complaint were caused by the contributory or comparative negligence of Johnny G. Bailey.

Dated this 26th day of October, 2012.

Respectfully Submitted,

ROBERT E. O'NEILL
United States Attorney

*s/ Jennifer Waugh Corinis*
JENNIFER WAUGH CORINIS
Assistant United States Attorney
Florida Bar No. 0049095
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone No. (813) 301-3082
Fax No. (813) 274-6198
jennifer.corinis@usdoj.gov
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 26, 2012, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant:

Thaxter A. Cooper
Thaxter@TCooperLaw.com

*s/ Jennifer Waugh Corinis*
JENNIFER WAUGH CORINIS
Assistant United States Attorney