UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNY BAILEY,

    Plaintiff,

v.                                        Case No. 8:12-CV-01907-JSM-TGW

UNITED STATES OF AMERICA,

    Defendant.
_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the parties JOINT MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL (Dkt. #21). Having reviewed the record in this cause and being advised in all of the premises, it is hereby

ORDERED AND ADJUDGED that the parties' Motion is GRANTED and this matter is dismissed with prejudice, each party to bear its own fees and costs. The Court reserves jurisdiction for one year to enforce the terms of the settlement agreement.

DONE and ORDERED in Tampa, Florida on this 23rd day of December, 2013.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1907 dismiss 21.doc